UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALYSSA D. FALKOWSKI,**

   Plaintiff,

v.                                         No. 4:25-cv-00814-P-BU

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

   The Court therefore **ORDERS** that the Unopposed Motion for Entry of Judgment with Remand is **GRANTED**, the case is **REVERSED**, and the case is also **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action. *See* 42 U.S.C. § 405(g). Upon remand, the Appeals Counsel will direct the Administrative Law Judge to offer the claimant an opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

   **SO ORDERED** on this **12th day of February 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE